**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7111-GW-Ex | Date | December 8, 2022 |
|---|---|---|---|
| Title | *Gregory Antoniono v. Anthem, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ryan D.K. Handley | Lisa Y. Mitchell |
| James C.D. Carr | Thy B. Bui |

**PROCEEDINGS:** PLAINTIFF'S MOTION TO REMAND TO STATE COURT [22]

The Court's Tentative Ruling on Plaintiff's Motion [22] was issued on December 7, 2022 [36]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS Plaintiff's Motion and the matter is remanded to state court for further proceedings.

: 15

Initials of Preparer   JG